613 A.2d 1202

**In the Matter of John A. WALLER.**

**No. 781 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Oct. 8, 1992.

ORDER

PER CURIAM:

AND NOW, this 8th day of October, 1992, the Rule to Show Cause entered by this Court on May 21, 1991, is discharged, and it is

ORDERED that John A. Waller be and he is hereby suspended from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

ZAPPALA and CAPPY, JJ., would impose reciprocal discipline.